Send

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Amended 4-26-07 | CIVIL MINUTES - GENERAL | Amended 4-26-07 |
|---|---|---|
| Case No. SACV 03-1591-JVS (SHx) | | Date March 19, 2007 |
| Title Emil Cadkin v. Irma Loose, et al. | | |

Present: The Honorable  James V. Selna

| Steve Chung | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

Martin O'Toole

Attorneys Present for Defendants:

Sandra Levin
George Belfield

**Proceedings:** 1.) Defendants Irma Loose and May Loo Music's Motion to Dismiss and or for Summary Judgment (Fld 2-13-07).
2.) Defendant Terence Loose, etc.'s Joinder in Defendants Irma Loose and May-Loo Music's Motion to Dismiss (Fld 2-13-07)
3.) Scheduling Conference

Cause called and counsel make their appearances. Parties submit to the tentative ruling on the Motions. The Court and counsel confer. The Court sets the case management dates with the agreement of counsel as follows:

Jury Trial                       November 13, 2007 at 8:30 a.m.
    Findings of Fact and Conclusions of Law not later than November 5, 2007

Final PreTrial Conference        October 29, 2007 at 11:00 a.m.
    File PreTrial Documents not later than October 22, 2007
    File motions in limine not later than September 24, 2007

Discovery Cut-off                July 31, 2007

Expert Discovery Cut-off         October 15, 2007
    Initial disclosure of Experts not later than August 15, 2007
    Rebuttal disclosure of Experts not later than **September 15, 2007**

Law and Motion Cut-off           September 17, 2007 at 1:30 p.m.
    Motions to be filed and served not later than August 27, 2007

Parties to contact the courtroom deputy for settlement procedure should settlement is reached.

DOCKETED ON CM
MAY - 2 2007
BY ___ 178

Initials of Preparer