# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL CADKIN, an individual, and EMIL and LILA CADKIN as trustees of the CADKIN trust,<br><br>Plaintiffs,<br><br>v.<br><br>IRMA LOOSE, an individual; MAY-LOO MUSIC, INC., a California corporation; TERENCE LOOSE, as trustee of the WILLIAM LOOSE FAMILY TRUST; DON GREAT, an individual, DON GREAT MUSIC, an Oregon corporation, TINSELTOWN, INC, an Oregon corporation, CARBERT MUSIC INC., a New York corporation, CARLIN RECORDED MUSIC LIBRARY LTD. as interested parties, and Does 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.:** SA 03-1591 JVS (SHx)<br><br>**JUDGMENT** |

1  It is hereby adjudged that Plaintiffs EMIL CADKIN, an individual, and EMIL and LILA CADKIN as trustees of the CADKIN TRUST have voluntarily dismissed this case, and IRMA LOOSE, an individual, and MAY-LOO MUSIC, INC., a California corporation, shall recover jointly and severally from EMIL CADKIN, an individual, and EMIL and LILA CADKIN as trustees of the CADKIN TRUST, the amount of $63,151.20 with post-judgment interest as provided by statute, 28 U.S.C. § 1961.

DATED: February 11, 2008

_____
HONORABLE JAMES V. SELNA

RESPECTFULLY SUBMITTED,

GREENBERG TRAURIG, LLP

         /S/
_____
GEORGE M. BELFIELD
Attorneys for Defendants
IRMA LOOSE and MAY-LOO MUSIC, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I electronically filed the **[PROPOSED] JUDGMENT** with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

| | |
|---|---|
| Marty O'Toole, Esq.<br>Law Offices of Marty O'Toole<br>1999 Avenue of the Stars, Suite 1100<br>Los Angeles, CA  90067<br>E-mail:  marty@martyotoole.com | Sandi Levin, Esq.<br>Katherine A. Paspalis, Esq.<br>Colantuono & Levin, PC<br>555 W. 5th Street, 31st Floor<br>Los Angeles, CA  90013<br>E-mail:  slevin@cllaw.us<br>            kpaspalis@cclaw.us |

By: _____/S/_____
GEORGE M. BELFIELD
Attorney for Defendants IRMA LOOSE
and MAY-LOO MUSIC, INC.